UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| T. Barry Stephens, | : | Civil Action No. |
| Plaintiff | : | 3:01 CV 2267 (JBA) |
| | : | |
| v. | : | |
| | : | |
| TES Franchising, LLC, | : | |
| The Entrepreneur's Source, Inc. | : | |
| and | : | |
| Terry Powell, | | |
| Defendants | : | February 20, 2006 |

## MOTION FOR SANCTIONS

Pursuant to Rule 11 of the Connecticut Rules of Federal Court, the undersigned defendants hereby move that sanctions be imposed upon the plaintiff on the grounds that the plaintiff's Motion to Vacate was filed for an improper purpose and the claims raised therein are factually groundless and legally frivolous.

A memorandum of law is attached hereto.

THE DEFENDANTS
TES Franchising, LLC; The Entrepreneurs
Source, Inc.; and Terry O. Powell
By Their Attorneys

_____
Scott C. Kern, Attorney at Law
Church Street, Suite 321
New Haven, CT 06510

Phone: 203-782-9076  
Fax: 203-782-9081  
Federal Bar No.: CT24822

_____  *by [signature]*  
Alec G. Sohmer, Esq.  
71 Legion Parkway, Suite 23  
Brockton, MA 02301  
Tel. No.: (508) 583-6510  
Fax No.: (508) 583-1263  
Federal Bar. No.: ct23332

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| T. Barry Stephens, | : | Civil Action No. |
| Plaintiff | : | 3:01 CV 2267 (JBA) |
| | : | |
| v. | : | |
| | : | |
| TES Franchising, LLC, | : | |
| The Entrepreneur's Source, Inc. | : | |
| and | : | |
| Terry Powell, | : | |
| Defendants | : | February 20, 2006 |

## CERTIFICATION

This shall certify that the foregoing Defendants' Motion for Sanctions was mailed, postage prepaid, to all counsel, pro se and non-appearing parties on this 20th day of February 2006 as follows:

Attorney John Q. Gale
Gale & Kowalyshyn
363 Main Street, 4th Floor
Hartford, CT  06106

Attorney Mark Klein
Mark J. Klein, P.C.
1102 Bryant Building
1102 Grand Boulevard
Kansas City, MO 64106

_____
Scott C. Kern

3