UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **T. BARRY STEPHENS** | : | CIVIL ACTION NO.<br>3:01 CV 2267 (JBA) |
| Plaintiff | : | |
| v. | : | |
| **TES Franchising, L.L.C., a CT LLC.**<br>**The Entrepreneurs' Source, Inc., a Delaware Corp.**<br>**Terry Powell, a resident of Southbury, CT** | | |
| Defendants | : | March 27, 2006 |

**PLAINTIFF'S REPLY TO DEFENDANT'S**
**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SANCTIONS**

    For sanctions to be appropriate under Rule 11 of the Federal Rules of Civil Procedure, the Second Circuit requires that it be applied "only where, after reasonable inquiry, a competent attorney could not form a reasonable belief that the pleading is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law." Mercado v. US Customs Service 873 F.2d 641, 646 (2nd cir. 1989). It has characterized a situation where sanctions were merited as one in which it is "patently clear that a claim has absolutely no chance of success under the existing precedents..." Eastway Construction

<u>Corp. v. City of New York</u> 762 F.2d 243, 254 (2nd cir. 1985).

To counter Defendant's argument that Plaintiff's claims do not meet even this low threshold, Plaintiff merely reasserts and stands by the arguments contained in its initial and reply briefs. Plaintiff would further call attention to opposing counsel's vigorous address of the merits of Plaintiff's claims, suggesting that they are, at the very least, disputable and worth retort, and thus beyond the scope of Rule 11 Sanction.

                                                     PLAINTIFF
By

John Q. Gale
Federal Bar No. ct05206
Gale & Kowalyshyn, LLC
363 Main Street, 4th Floor
Hartford, CT 06106
Tele    (860) 522-8296
Fax    (860) 522-8298


Mark J. Klein
Federal Bar No. ct23210
1102 Grand Boulevard, Ste. 1102
Kansas City, MO 64106
Tele    (816) 474-6137
Fax    (816) 474-0207

**CERTIFICATION**

I certify that a copy of the foregoing was mailed pre-paid postage on this 27th day of March, 2006, to:

Atty. Alec G. Sohmer
Law Office of Alec Sohmer
71 Legion Parkway, Suite 23
Brockton, MA   02301

Atty. Scott C. Kern
205 Church Street, Suite 321
New Haven, CT   06510

_____   John Q. Gale
Federal Bar No. ct05206
Gale & Kowalyshyn, LLC
363 Main Street, 4th Floor
Hartford, CT 06106
Tele   (860) 522-8296
Fax    (860) 522-8298