```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

T. BARRY STEPHENS,                    :
    Plaintiff,                        :
                                       :
v.                                    : Civil No. 3:01cv2267 (JBA)
                                       :
TES FRANCHISING, LLC, et al.,         :
    Defendants.                        :

<u>Endorsement Order</u>

Construing plaintiff's motion to vacate [doc. # 40] also as a motion to reopen Docket No. 3:01cv2267, such motion will be granted and this docket will be reopened for purposes of deciding the motion to vacate.

IT IS SO ORDERED.

/s/
_____
JANET BOND ARTERTON
United States District Judge

**Dated at New Haven, Connecticut, this 11th day of July, 2006.**

1