UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

T. BARRY STEPHENS

    v.                                                                                    Civil No.  3:01cv2267 (JBA)

TES FRANCHISING, LLC,
TERRY POWELL
ENTREPRENEUR'S SOURCE, INC.

**<u>JUDGMENT</u>**

    This matter came on for consideration on plaintiff's motion to vacate arbitration award and defendant's motion for sanctions before the Honorable Janet Bond Arterton, United States District Judge.

    The Court has reviewed all of the papers filed in conjunction with the motions and on July 12, 2006, an Endorsement Order entered construing plaintiff's motion to vacate as a motion to reopen and granting said motion.

    On July 12, 2006, a Ruling entered denying plaintiff's motion to vacate arbitration award and denying defendant's motion for sanctions and directing the Clerk to close the case.

    It is therefore ORDERED and ADJUDGED that the motion to vacate arbitration award is denied and the case is closed.

    Dated at New Haven, Connecticut: July 17, 2006

                                                                   KEVIN F.  ROWE, CLERK

EOD_____

                                                          BY_____/s/_____
                                                              Betty J. Torday
                                                              Deputy Clerk